**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Abigail Neale and Samuel Neale, Defendants,

Of whom Abigail Neale is the Appellant

and

Samuel Neale is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001652

---

Appeal From Oconee County
David E. Phillips, Family Court Judge

---

Unpublished Opinion No. 2020-UP-036
Submitted January 17, 2020 – Filed February 4, 2020

---

**AFFIRMED**

---

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, as the Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Thomas Harper Collins, of Harper Collins LLC, of Anderson, for Respondent Samuel Neale.

Kimberly Renae Welchel, of Seneca, for the Guardian ad Litem for the children.

---

**PER CURIAM:** Abigail Neale appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Neale's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.